# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146680 & (32)

In re SANDERS, Minors.

SC: 146680
COA: 313385
Jackson CC Family Division:
11-002828-NA

_____/

On order of the Court, the application for leave to appeal the January 18, 2013 order of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the application of the one-parent doctrine violates the due process or equal protection rights of unadjudicated parents.

We further DIRECT the appellant to promptly order preparation of transcripts of the adjudication hearing and any other proceeding where the appellant offered testimony on the record or asserted his right to an adjudication. The appellant shall forward copies of all prepared transcripts to this Court.

The motion for leave to file brief amicus curiae is GRANTED. The Children's Law Section of the State Bar of Michigan is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2013

_____
Clerk

s0402